DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REAGAN ULYSSE, SR.,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**ALBERLEAN SURNETTA LOUISA POLLARD ULYSSE,**
Appellees.

No. 4D18-2043

[January 31, 2019]

Administrative appeal from the State of Florida, Department of Revenue, Child Support Program; L.T. Case Nos. 2001191594 and 06550020929AO.

Reagan Ulysse, Sr., Fort Lauderdale, pro se.

Ashley B. Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***